## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-271 AN |
| v. | INFORMATION |
| DELLMON TIMMY SMITH, | 18 U.S.C. § 751(a) |
| Defendant. | |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Escape from Custody)**
**(18 U.S.C. § 751(a))**

On or about March 26, 2024, in the District of Oregon, defendant **DELLMON TIMMY SMITH** knowingly escaped from custody of the Federal Bureau of Prisons in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Oregon upon conviction of assault of a federal officer, in violation of Title 18, United States Code, Section 111(a), (b).

/ / /

/ / /

/ / /

/ / /

**Information**                                                                                      **Page 1**

In violation of Title 18, United States Code, Section 751(a).

Dated: June 20, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*s/ Meredith D.M. Bateman*
MEREDITH D.M. BATEMAN, OSB #192273
Assistant United States Attorney